DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAURIE SUSKIND** and **JEFFREY SUSKING, AS TRUSTEE OF JJP FAMILY TRUST 2004,**
Appellant,

v.

**MARC WERNER, ET AL.,**
Appellees.

No. 4D22-365

[October 6, 2022]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE20-20978.

Ari J. Glazer of Moskowitz Mandell & Salim, P.A., Fort Lauderdale, for appellant.

Jack J. Aiello of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***